AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Oscar Rene Rodriguez

AKA: Juan Torres

IAE    YOB: 1976
Honduras
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
JUL 12 2018
, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-18-1420-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 11, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Oscar Rene Rodriguez was encountered by Border Patrol Agents near Mission, Texas on July 11, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 11, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 26, 2017, through Miami, Florida. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 16, 2017, the Defendant was convicted of 8 USC 1326 Reentry of Deported Alien and was sentenced to one (1) day confinement and twelve (12) months supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved Joseph Leonard
Sworn to before me and subscribed in my presence,

Signature of Complainant
Mickel A. Gonzalez   Senior Patrol Agent

July 12, 2018

J Scott Hacker                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer